**Rudolph SMITH, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 05–7080.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2005.

*ORDER*

Upon consideration of claimant-appellant's unopposed motion to voluntarily withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.